IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MARTINEZ,                                  No. 2:08-cv-01517-MCE-EFB PS

    Plaintiff,

  vs.                                                          ORDER

FIDELITY NATIONAL TITLES, et al.,

    Defendants.
_____/

    On January 23, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

    Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed *de novo*. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1 | The court has reviewed the applicable legal standards and, good cause appearing,
2 | concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
3 | Accordingly, IT IS ORDERED that:
4 | 1. The proposed Findings and Recommendations filed January 23, 2009, are ADOPTED;
5 | and,
6 | 2. This action is dismissed without prejudice, and the Clerk is directed to close the case.
7 | <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 11-110.

Dated: April 29, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE