IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD R. MARTINEZ,

        Plaintiff,                          No. CIV S-08-1517 MCE EFB PS

    vs.

FIDELITY NATIONAL TITLE CO.,

        Defendant.                      <u>ORDER</u>

_____/

        This action, in which plaintiff is proceeding *pro se*, was referred to the undersigned by Eastern District of California Local Rule 72-302(c)(21)[1], pursuant to 28 U.S.C. § 636(b)(1). On October 29, 2008, the undersigned issued an order dismissing plaintiff's complaint and granting plaintiff thirty days to file an amended complaint. Dckt. No. 7. Plaintiff failed to file an amended complaint or otherwise respond to the October 29, 2008 order; therefore, on January 23, 2009, the undersigned issued findings and recommendations which recommended that the action be dismissed without prejudice for failure to prosecute and that the Clerk be directed to close the case. Dckt. No. 8. On April 30, 2009, the assigned district judge adopted that recommendation, dismissed the action, closed the case, and entered judgment accordingly. Dckt. Nos. 9, 10.

---

[1] Now Local Rule 302(c)(21).

1    Notwithstanding that judgment, on November 6, 2009, plaintiff filed a verified second
2 amended complaint. Dckt. No. 11. Because judgment has been entered, the amended complaint
3 is untimely, and plaintiff has not shown why the court's decision to dismiss the case and enter
4 judgment should be reconsidered. The court notes that the January 23, 2009 findings and
5 recommendations, and the April 30, 2009 order and judgment, were returned to the court as
6 undeliverable. However, plaintiff was properly served with those filings. It is the plaintiff's
7 responsibility to keep the court apprised of his current address at all times. Pursuant to Local
8 Rule 83-182(f)[2], service of documents at the record address of the party is fully effective.
9 Additionally, there is no indication that plaintiff was unaware of the October 29, 2008 order, yet
10 he failed to timely file an amended complaint in accordance with that order.[3]

11    Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

12    1. Plaintiff's November 6, 2009 amended complaint is disregarded; and

13    2. The Clerk of the Court is directed to serve a copy of this order; the January 23, 2009
14 findings and recommendations, Dckt. No. 8; the April 30, 2009 order, Dckt. No. 9; and the April
15 30, 2009 judgment, Dckt. No. 10, on plaintiff at P.O. Box 255304, Sacramento, California
16 95865.

17    SO ORDERED.

18 DATED: December 7, 2009.

*Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Now Local Rule 182(f).

[3] Attached to plaintiff's verified second amended complaint is a letter to the court stating that on October 16, 2009, plaintiff "was a victim of a violent crime and [has] been incapacitated financially and mentally due to strong medications not conducive to productivity." Dckt. No. 11-2. However, plaintiff does not indicate why he failed to prosecute this action, keep the court apprised of his current address, and/or file an amended complaint prior to that date.