IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MARTINEZ,                          No. 2:08-cv-01517-MCE-EFB PS

        Plaintiff,

    vs.                                    ORDER

FIDELITY NATIONAL TITLES, et al.,

        Defendants.

_____/

      On January 12, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

      Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

///

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 12, 2010, are ADOPTED;

2. Plaintiff's December 21, 2009 objections, Dckt. No. 13, are construed as a motion for relief from the April 30, 2009 judgment;

3. The motion for relief from the April 30, 2009 judgment, Dckt. No. 13, is denied; and

4. This case remains closed pursuant to the April 30, 2009 judgment.

Dated:  March 9, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE